DPR MODIFIED PROMESA B2500A (Form 2500A) (12/22)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re Commonwealth or Puerto Rico, et al. | ) | Case No. 3:17-BK-3283 (LTS) |
| Debtor | ) | |
| | ) | Chapter PROMESA Title III |
| FOREMAN ELECTRIC SERVICES, LLC. | ) | Re: 3:17-BK-4780 (LTS) |
| Plaintiff(s) | ) | |
| v. | ) | Adv. Proc. No. 24-00075 LTS |
| Puerto Rico Electric Power Authority, Cobra Acquisitions LLC, Central Office for Recovery, Reconstruction, and Resilience, Ahsha Tribble, and Keith Ellison | ) | |
| Defendant(s) | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** PUERTO RICO ELECTRIC POWER AUTHORITY,
Proskauer Rose LLP, Elevent Times Square, New York, NY 10036;

Herman D. Bauer Alvarez, Esq., O'Neill & Borges, American International Plaza Suite 800, 250 Muñoz Rivera Ave., San Juan, PR 00918

    YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler Mamone, Esq.
100 SE 2nd ST, Ste. 4030 Miami, FL 33131
Email: tyler@mvlawpllc.com
PRO HAC Co-Counsel for Foreman Electric

    If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

    If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

ADA I. GARCIA-RIVERA, ESQ., CPA
CLERK OF COURT

Date: 10/1/2024

_Digitally signed by Idnar Diaz_
_Date: 2024.10.01 10:43:48 -04'00'_

Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

- ❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name: _____

Business Address: _____

_____

DPR MODIFIED PROMESA B2500A (Form 2500A) (12/22)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

In re  Commonwealth or Puerto Rico, et al.  )  Case No. 3:17-BK-3283 (LTS)
                  Debtor )
                                         )  Chapter  PROMESA Title III

FOREMAN ELECTRIC SERVICES, LLC.  )  Re: 3:17-BK-4780 (LTS)
                  Plaintiff(s) )
                  v. )  Adv. Proc. No.  24-00075 LTS

Puerto Rico Electric Power Authority, Cobra Acquisitions LLC, Central Office for Recovery, Reconstruction, and Resilience, Ahsha Tribble, and Keith Ellison  )
                  Defendant(s) )

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Cobra Acquisitions LLC
Resident Agent, RVM Professional Services, LLC, A4 Reparto Mendoza, Humacao, PR, 00791;

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler Mamone, Esq.
100 SE 2nd ST, Ste. 4030 Miami, FL 33131
Email: tyler@mvlawpllc.com
PRO HAC Co-Counsel for Foreman Electric

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

ADA I. GARCIA-RIVERA, ESQ., CPA
CLERK OF COURT

Date: 10/1/2024

Digitally signed by Idnar Diaz
Date: 2024.10.01 10:44:41 -04'00'

Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

- ❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____ Signature _____

Print Name: _____

Business Address: _____

_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

In re: Commonwealth or Puerto Rico, et al.
Debtor

FOREMAN ELECTRIC SERVICES, LLC.

Plaintiff(s)

v.

Puerto Rico Electric Power Authority, Cobra Acquisitions LLC, Central Office for Recovery, Reconstruction, and Resilience, Ahsha Tribble, and Keith Ellison

Defendant(s)

Case No. 3:17-BK-3283 (LTS)

Chapter: PROMESA Title III

Re: 3:17-BK-4780 (LTS)

Adv. Proc. No. 24-00075 LTS

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Central Office for Recovery, Reconstruction, and Resilience
Luke A. Barefoot, Cleary Gottlieb Steen & Hamilton
One Liberty Plaza,
New York, NY 10006

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler Mamone, Esq.
100 SE 2nd ST, Ste. 4030 Miami, FL 33131
Email: tyler@mvlawpllc.com
PRO HAC Co-Counsel for Foreman Electric

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

ADA I. GARCIA-RIVERA, ESQ., CPA
CLERK OF COURT

Digitally signed by Idnar Diaz
Date: 2024.10.01 10:48:01 -04'00'

Date: 10/1/2024

Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name: _____

Business Address: _____

_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

In re: Commonwealth or Puerto Rico, et al.
Debtor

FOREMAN ELECTRIC SERVICES, LLC.

Plaintiff(s)

v.

Puerto Rico Electric Power Authority, Cobra Acquisitions LLC, Central Office for Recovery, Reconstruction, and Resilience, Ahsha Tribble, and Keith Ellison

Defendant(s)

Case No. 3:17-BK-3283 (LTS)

Chapter PROMESA Title III

Re: 3:17-BK-4780 (LTS)

Adv. Proc. No. 24-00075 LTS

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Ahsha Tribble
8117 Canyon Lake Cir
Orlando, FL 32835-8210

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler Mamone, Esq.
100 SE 2nd ST, Ste. 4030 Miami, FL 33131
Email: tyler@mvlawpllc.com
PRO HAC Co-Counsel for Foreman Electric

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

ADA I. GARCIA-RIVERA, ESQ., CPA
CLERK OF COURT

Digitally signed by Idnar Diaz
Date: 2024.10.01 10:49:17 -04'00'

Date: 10/1/2024

Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name: _____

Business Address: _____

_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

In re: Commonwealth or Puerto Rico, et al.
Debtor

FOREMAN ELECTRIC SERVICES, LLC.
Plaintiff(s)

v.

Puerto Rico Electric Power Authority, Cobra Acquisitions LLC, Central Office for Recovery, Reconstruction, and Resilience, Ahsha Tribble, and Keith Ellison
Defendant(s)

Case No. 3:17-BK-3283 (LTS)

Chapter PROMESA Title III

Re: 3:17-BK-3283 (LTS)

Adv. Proc. No. 24-00075 LTS

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Keith Ellison
Higher Power Electrical, LLC. d/b/a Higher Power T&D LLC C/O Corporation Service Company,
1201 Hays Street,
Tallahassee, FL 32301

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler Mamone, Esq.
100 SE 2nd ST, Ste. 4030 Miami, FL 33131
Email: tyler@mvlawpllc.com
PRO HAC Co-Counsel for Foreman Electric

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

ADA I. GARCIA-RIVERA, ESQ., CPA
CLERK OF COURT

Digitally signed by Idnar Diaz
Date: 2024.10.01 10:49:46 -04'00'

Date: 10/1/2024

Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name: _____

Business Address: _____

_____