**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                            Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administered) |
| FOREMAN ELECTRIC, INC.<br><br>                            *Plaintiff*,<br><br>v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY, COBRA ACQUISITIONS LLC, CENTRAL OFFICE FOR RECOVERY, RECONSTRUCTION AHSHA TRIBBLE and KEITH ELLISON<br><br>                            *Defendants*. | Adv. Proc. No.:<br><br>No. 24-00075-LTS |

**JOINT STIPULATION AND AGREED ORDER OF
THE PUERTO RICO ELECTRIC POWER AUTHORITY, THE CENTRAL OFFICE
FOR RECOVERY, RECONSTRUCTION AND RESILIENCE, AND FOREMAN
ELECTRIC SERVICES, INC. REGARDING SCHEDULE FOR RESPONDING TO
<u>ADVERSARY COMPLAINT</u>**

**WHEREAS**, on September 19, 2024, Foreman Electric Services, Inc. ("<u>Foreman</u>") filed a Complaint [ECF No. 1] against the Puerto Rico Electric Power Authority ("<u>PREPA</u>" or the "<u>Debtor</u>"), represented in this this matter by the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), in its capacity as sole Title III representative of the Debtor pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability*

*Act* ("PROMESA"),[1] Cobra Acquisitions, LLC ("Cobra"), the Central Office for Recovery, Reconstruction and Resilience ("COR3"), Ahsha Tribble ("Tribble"), and Keith Ellison ("Ellison") (collectively, "Defendants").

**WHEREAS**, this Court issued summons as to all Defendants on October 1, 2024. ECF No. 6.

**WHEREAS**, Foreman failed to serve the summons on PREPA or COR3 within the time prescribed by Federal Rule of Bankruptcy Procedure 7004(e).

**WHEREAS**, PREPA and COR3 have agreed to accept untimely service of the Complaint.

**WHEREAS,** PREPA, COR3, and Foreman have agreed to set the following schedule for responding to the Complaint.

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Oversight Board and COR3 shall answer, move to dismiss, or otherwise respond to the Complaint by **December 18, 2024**.

2. Foreman shall file a response to any motion or an amended pleading on or before **January 10, 2025**, and Foreman's right to amend their pleading as a matter of course pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15(a)(1)(B) is hereby extended to January 10, 2025.

3. If Foreman does not amend its pleading, as a matter of course, and instead files a response to the motion, the Oversight Board and COR3 shall file their reply in further support of the motion on or before **January 24, 2025**.

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Dated: November 25, 2024
       New York, NY

**O'MELVENY & MYERS LLP**

*/s/Maria J. DiConza*
John J. Rapisardi
Maria J. DiConza
(Admitted *Pro Hac Vice*)
Gabriel L. Olivera
USDC No. 303314
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: jrapisardi@omm.com
mdiconza@omm.com
golivera@omm.com

-and-

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, on behalf of the Central Office for Recovery, Reconstruction and Resiliency*

**MARINI PIETRANTONI MUÑIZ LLC**

*/s/Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC-PR No. 222301
Carolina Velaz-Rivero
USDC-PR No. 300913
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

Respectfully submitted,

*/s/ Margaret Dale*
Margaret Dale
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Javier F. Sosa
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mdale@proskauer.com
       mbienenstock@proskauer.com
       ppossinger@proskauer.com
       ebarak@proskauer.com
       jsosa@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Puerto Rico Electric Power Authority*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Gabriel A. Miranda-Rivera
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Puerto Rico Electric Power Authority*

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, on behalf of the Central Office for Recovery, Reconstruction and Resiliency*

*/s/ Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
**MAMONE VILLALON**
100 SE 2nd St., Suite 2000
Miami, Florida 22131
Tel: (786) 209-2379
Email: tyler@mvlawpllc.com

*PRO HAC Co-Counsel for Foreman Electric Services, Inc.*

*/s/ Wigberto Lugo Mender*
Wigberto Lugo Mender, Esq.
Supervising Attorney
**Lugo Mender Group, LLC**
100 Carr. 165, Suite 501
Guaynabo PR 00968-8052
Tel: (787) 707-0404
Email: wlugo@lugomender.com

*Co-Counsel for Foreman Electric Services, Inc.*

SO ORDERED.

Dated: _____, 2024

_____
Hon. Laura Taylor Swain
United States District Court Judge