UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | (Jointly Administered) |
| Debtor. | |

---

| | |
|---|---|
| FOREMAN ELECTRIC, INC. | Adv. Proc. No. 24-00075-LTS |
| Plaintiff, | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).  On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

v.

PUERTO RICO ELECTRIC POWER
AUTHORITY, COBRA ACQUISITIONS LLC,
CENTRAL OFFICE FOR RECOVERY,
RECONSTRUCTION AND RESILIENCE,
AHSHA TRIBBLE and KEITH ELLISON

Defendants.

-----------------------------------------------------------x

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court on the *Notice of Motion to Dismiss the Adversary Proceeding on Behalf of Cobra Acquisitions, LLC* (Dkt. No. 9) (the "Motion to Dismiss") filed by Cobra Acquisitions, LLC. The briefing schedule for the Motion to Dismiss shall be covered by the schedule set in the *Joint Stipulation and Agreed Order of the Puerto Rico Electric Power Authority, the Central Office for Recovery, Reconstruction and Resilience, and Foreman Electric Services, Inc. Regarding Schedule for Responding to Adversary Complaint* (Dkt. No. 8). Thus the briefing schedule is as follows:

1. Foreman Electric Services, Inc. shall file a response to the Motion to Dismiss on or before **January 10, 2025**.

2. Cobra Acquisitions, LLC shall file their reply in further support of the Motion to Dismiss on or before **January 24, 2025.**

3. The Court will thereafter take the motion to dismiss on submission unless the Court orders otherwise.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: December 10, 2024

2